1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNFILTERED NAPA LLC,

      Plaintiff,

  v.

TWENTY ROWS LLC, et al.,

      Defendants.

_____/

No. C 06-07605 CRB

**JUDGMENT**

      Plaintiff Unfiltered Napa LLC alleges that defendants' "Twenty Rows" wine brand infringes plaintiff's trademark in its "Twenty Bench" wine brand.  After filing cross motions for summary judgment, the parties agreed to waive a right to a jury trial and have the Court decide plaintiff's claims based on the evidence submitted in connection with the summary judgment motions.  On October 26, 2007, the Court orally presented its findings of fact and conclusions of law, finding that plaintiff had not proved trademark infringement.  Accordingly, judgment is entered in favor of defendants and against plaintiff.

      **IT IS SO ORDERED.**

Dated: October 26, 2007

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

G:\CRBALL\2006\7605\judgment.wpd                    2